IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR117-047 |
| | ) | |
| LOUQUANA DAVIS | ) | |

## ORDER

The defendant, Louquana Davis, was sentenced by this court on April 30, 2018 and is now in the custody of the Bureau of Prisons. Surety, Louise S. Davis, has requested the return of the $2,000.00 cash security posted on the defendant's $20,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $2,000.00 posted by surety for the defendant, plus all accrued interest thereon, be returned to Louise S. Davis at 2901 Jeanne Road, Augusta, Georgia 30906.

This 11th day of July, 2018 at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA